**WELLS FARGO BANK,**
**N.A., Respondent**

v.

**Rita A. KANANAVICIUS, Petitioner**

**No. 425 EAL 2016**

Supreme Court of Pennsylvania.

March 31, 2017

## ORDER

PER CURIAM

**AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.